IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC DIGITAL CORPORATION, INC., | CASE NO. 5:13-cv-03704 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| HON HAI PRECISION INDURTRY, INC., et. al., | |
| Defendant(s). | |

Since the parties have filed one of the requisite documents (see Docket Item No. 19), the Order to Show Cause re: Sanctions issued January 22, 2014, is DISCHARGED. The hearing scheduled for January 28, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated: January 27, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-03704 EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE