UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MITAC DIGITAL CORPORATION, | Case No. 13-cv-03704-BLF |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| HON HAI PRECISION INDUSTRY INC., et al., | |
| Defendants. | |

On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 06/26/2014 at 1:30 pm<br>Case Management Statement due 06/19/2014 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 11/20/2014 at 9:00 am |
| Final Pretrial Conference/Motions in Limine | 02/19/2015 at 9:00 am |
| Trial | 03/02/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5    IT IS FURTHER ORDERED THAT the parties are to file a stipulation proposing cut-off
6 dates to trial by 06/20/2014.

Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge