**PAUL E. RICE, A PROFESSIONAL CORPORATION**
Paul E. Rice (State Bar No. 062509)
350 Cambridge Avenue, Suite 225
Palo Alto, CA 94306
Telephone: 650-289-9088
Facsimile: 650-289-9093
price@civlit.com

Attorneys for Plaintiff/Counter-defendant
MiTAC Digital Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**MITAC DIGITAL CORPORATION,**

Plaintiff,

v.

**HON HAI PRECISION INDUSTRY, INC.,**

Defendant.

**HON HAI PRECISION INDUSTRY, CO., LTD.,**

Counter-claimant,

v.

**MITAC DIGITAL CORPORATION, INC.; MAGELLAN NAVIGATION, INC.,; and ROES 1-50, inclusive,**

Counter-defendants.

Case No. 13-CV-03704-BLF

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT**

Honorable Beth Labson Freeman

WHEREAS Plaintiff MITAC DIGITAL CORPORATION has provided to Defendant HON HAI PRECISION INDUSTRY, CO., LTD. a proposed Second Amended Complaint a copy of which sans lengthy exhibits is attached hereto as Exhibit 1.

WHEREAS HON HAI PRECISION INDUSTRY, CO., LTD has reviewed said proposed

PAUL E. RICE, A PROFESSIONAL CORPORATION
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

Second Amended Complaint.

WHEREAS the parties have agreed in principal to vacate the existing trial date of March 2, 2015, subject to Court order, and to a rescheduling by approximately 90 to 120 days of all attending dates currently set, for reasons including the necessity of taking numerous depositions in Taiwan, including non-party depositions, as well as other depositions outside of California and the complexities and delays involved in such, particularly as to non-party depositions in Taiwan, as well as the desire of HON HAI PRECISION INDUSTRY, CO., LTD to conduct discovery related to additional facts and claims set forth in the proposed Second Amended Complaint. The parties have agreed to the filing of said proposed Second Amended Complaint, with Defendant to have thirty days to respond thereto: which agreement is not conditioned upon the Court vacating the existing trial date and or rescheduling other dates.

IT IS SO STIPULATED.

Dated: August 20, 2014

**PAUL E. RICE,**
**A PROFESSIONAL CORPORATION**

By: /s/ Paul E. Rice
Paul E. Rice
Attorneys for Plaintiff/Counter-defendant
MiTAC Digital Corporation

PAUL E. RICE,
A PROFESSIONAL CORPORATION
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

Case5:13-cv-03704-BLF Document39 Filed08/25/14 Page3 of 3

Dated: August 20, 2014

**ROPERS, MAJESKI, KOHN & BENTLEY**

By: /s/ Ivan L. Tjoe
Ivan L. Tjoe.
Jeff W. Poole
Attorneys for Defendant/Counter-claimant
Hon Hai Precision Industry Co., Ltd.

The above having been considered, and good cause shown:

IT IS HEREBY ORDERED THAT: Plaintiff may file its proposed Second Amended Complaint and that Defendant shall have thirty days to respond thereto.

Dated: August 25, 2014

U.S. District Judge Beth Labson Freeman

PAUL E. RICE,
A PROFESSIONAL CORPORATION
350 Cambridge Ave., Suite 225
Palo Alto, CA 94306
(650) 289-9088

3
STIPULATION AND ~~[PROPOSED]~~ ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT.
Case No. 13-CV-03704-BLF