UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HON HAI PRECISION INDUSTRY INC., et al.,<br><br>    Defendants. | Case No. 13-cv-03704-BLF<br><br>**ORDER TO PROVIDE STATUS UPDATE** |

On September 15, 2015, the parties informed the Court that a tentative settlement had been reached and that the parties anticipate filing the appropriate documents with the Court by the end of September. ECF 80. Accordingly, the Court ORDERS the parties to update the Court as to the status of the case in a joint submission **on or before** October 23, 2015. If the case is dismissed before October 23, 2015, the parties are not required to provide the Court with a status update.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge