UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC DIGITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON HAI PRECISION INDUSTRY INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-03704-BLF<br><br>**ORDER TO PROVIDE STATUS UPDATE** |

On October 21, 2015, the parties informed the Court that they expect to finalize a settlement agreement by November 6, 2015.  ECF 85.  Accordingly, the Court ORDERS the parties to update the Court as to the status of the case in a joint submission **on or before** November 9, 2015.  If the case is dismissed before November 9, 2015 the parties are not required to provide the Court with a status update.

**IT IS SO ORDERED.**

Dated: October 22, 2015

_____
BETH LABSON FREEMAN
United States District Judge