UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MITAC DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HON HAI PRECISION INDUSTRY INC., et al.,<br><br>    Defendants. | Case No. 13-cv-03704-BLF<br><br>**ORDER (1) TO PROVIDE STATUS UPDATE; (2) TERMINATING AS MOOT PENDING MOTION** |

On November 6, 2015, the parties notified the Court that they had entered into a written Settlement and Mutual General Release Agreement. ECF 87. The parties anticipate submitting on or before January 11, 2016 a request for voluntary dismissal of Plaintiff's claims and Defendant's cross-claims with prejudice. *Id*. Accordingly, the Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before January 15, 2016. If the case is dismissed before January 15, 2016, the parties are not required to provide the Court with a status update. Finally, the Court TERMINATES AS MOOT the pending motion for partial summary judgment at ECF 55.

**IT IS SO ORDERED.**

Dated: November 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge